AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nickerson, William M. | Maryland | 10/31/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior St | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

101 W. Lombard Street
Baltimore MD 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $32,709.72 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | M | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | C | Dividend | M | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | M | T | | | | | |
| 5. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 6. Equifax Inc. cmn | A | Dividend | M | T | | | | | |
| 7. General Electric Co. cmn | B | Dividend | J | T | | | | | |
| 8. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 9. Johnson & Johnson cmn | C | Dividend | M | T | | | | | |
| 10. Merck & Co., Inc. cmn | A | Dividend | J | T | | | | | |
| 11. Procter & Gamble Co. cmn | A | Dividend | K | T | | | | | |
| 12. Franklin Mutual Shrs Cl Z (formerly Mutual Shares Fund) | A | Dividend | K | T | | | | | |
| 13. Exelon Corp. cmn | A | Dividend | J | T | | | | | |
| 14. Cheesecake Factory Inc. cmn | | None | L | T | | | | | |
| 15. Chemours Co. | A | Dividend | J | T | | | | | |
| 16. J. Alexanders Hldgs.,Inc. | A | Dividend | J | T | | | | | |
| 17. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T.R.P. Tax Exempt M/M | A | Dividend | L | T | | | | | |
| 19. J P Morgan - Trust (H) | | | | | | | | | see VIII |
| 20. - J P Morgan US DollarPrincipal (Form Deposit Sweep Inst'l. | | None | | | Sold | 12/16/16 | J | A | |
| 21. - JP Morgan Short Term Mun. Bd. Fd. | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 22. - Verizon Communications | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 23. - Chevron Corp. | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 24. - Dow Chemical | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 25. - Gen Elect Co | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 26. - Exxon Mobil Corp | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 27. - Altria Group, Inc. | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 28. - American Electric Power Co, Inc. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 29. - Boeing Co. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 30. - Bristol Meyers Squibb Co | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 31. - Consolidated Edison, Inc. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 32. - Dominion Resources Inc VA | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 33. - Home Depot, Inc. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 34. - McDonalds Corp. | A | Dividend | | | Sold | 12/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Duke Energy . | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 36. - Travelers Cos. Inc. | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 37. - Mondalez Int'l. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 38. - Spectra Energy Corp. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 39. - Pfizer Inc. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 40. - Philip Morris Int'l., Inc. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 41. - Kellogg Co. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 42. - Coca-Cola Co. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 43. - Sysco Corp. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 44. - Yum Brands Inc. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 45. - Delaware Emergirng Mkts. Fund | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 46. - Eaton Vance Mutual Funds TR FLT RT CL I | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 47. - JPM High Yield Fund | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 48. - Kraft Foods Group, Inc. | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 49. - T. Rowe Price New Asia Fd. | A | Dividend | | | Sold | 12/16/16 | K | A | |
| 50. - Vanguard FTSE Europe ETF | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 51. - I Shares Core S&P Mid-Cap ETF | A | Dividend | | | Sold | 12/16/16 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - I Shares MSCI EAFE Index Fund | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 53. - Dodge & Cox Int'l. Stock Fund | A | Dividend | | | Sold | 12/16/16 | J | A | |
| 54. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 55. Intel Corp cmn | A | Dividend | K | T | | | | | |
| 56. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 57. Microsoft Corp cmn | A | Dividend | K | T | | | | | |
| 58. T. Rowe Price Inc. cmn | A | Dividend | L | T | | | | | |
| 59. Zebra Tech cmn | | None | L | T | | | | | |
| 60. Wal-Mart Stores cmn | A | Dividend | J | T | | | | | |
| 61. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | K | T | | | | | |
| 62. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 63. Smucker J M Co cmn | A | Dividend | J | T | | | | | |
| 64. Express Scripts Hldg. Co. | | None | J | T | | | | | |
| 65. Massachusetts Mutual Ins. Co. - whole life policy | B | Dividend | L | T | | | | | |
| 66. Navy Mutual Aid Ass'n. perm. plus life ins. policy | B | Dividend | K | T | | | | | |
| 67. Amer. Trust Co. ACF W. Nickerson IRA (H) # | | | | | | | | | |
| 68. - Columbia Acorn Fd. - A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Columbia High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 70. - I Shares MSCI Emerging Mkts.ETF | A | Dividend | J | T | | | | | |
| 71. - I Shares Russell 1000 Value ETF | A | Dividend | L | T | | | | | |
| 72. - I Shares Russell 1000 Growth ETF | A | Dividend | K | T | | | | | |
| 73. - I Shares S&P Midcap400 Growth ETF | A | Dividend | K | T | | | | | |
| 74. - I Shares S&P Midcap 400 Value ETF. | A | Dividend | K | T | | | | | |
| 75. - I Shares Core S&P Smallcap ETF | A | Dividend | K | T | | | | | |
| 76. - Morgan Stanley Capital Trust V | A | Dividend | | | Redeemed | 08/18/16 | K | A | |
| 77. - Fidelity Advisor New Insights - T Fd. | | None | L | T | | | | | |
| 78. - Fidelity Advisor New Insights Cl A | | None | | | Sold | 12/19/16 | J | A | |
| 79. - MFS Intl. Diverse - A | A | Dividend | J | T | | | | | |
| 80. - Fidelity Advisor Mid Cap II - A | | None | J | T | | | | | |
| 81. - Ameriprise Insured Money Mkt. | A | Dividend | J | T | | | | | |
| 82. - Columbia Acorn International Fd. A | A | Dividend | J | T | | | | | |
| 83. - Columbia Income Bldr. Cl A | A | Dividend | K | T | | | | | |
| 84. - John Hancock Strategic Inc. Opp. Cl A | A | Dividend | K | T | | | | | |
| 85. - Fidelity Advisor Strategic Inc. Cl A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - MFS New Discovery Value Cl A | A | Dividend | K | T | | | | | |
| 87. - First Trust Cons. Staples Alpha ETF | A | Dividend | J | T | | | | | |
| 88. - Columbia Select Large Cap Value Cl A | A | Dividend | L | T | Sold (part) | 12/19/16 | J | A | |
| 89. Amer. Trust Co. ACF W. Nickerson IRA(H) #4634 | | | | | | | | | |
| 90. - Ameriprise Insd. M/M | A | Dividend | J | T | | | | | |
| 91. - CNL Health Care Inc. REIT | A | Dividend | L | T | | | | | |
| 92. Columbia Mid Cap Value - A Fund | A | Dividend | K | T | | | | | |
| 93. AIM Invesco Smallcap Equity Fd Cl A | A | Dividend | K | T | | | | | |
| 94. Columbia Global Infrst Cl A | A | Dividend | | | Sold | 11/02/16 | K | A | |
| 95. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 96. Fidelity Advisor New Insights A Fd. | | None | K | T | | | | | |
| 97. MFS Value - A Fd. | A | Dividend | K | T | | | | | |
| 98. Morgan Stanley Capital Trust V | A | Dividend | | | Sold | 08/18/16 | J | A | |
| 99. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 100. Riversource Ret. Adv. Plus Annuity | | | | | | | | | |
| 101. - VP Partner Sm Cap C13 | | | | | Redeemed | 11/22/16 | J | A | |
| 102. - WFADV VT Sm Ca Gr C2 | | | | | Redeemed | 11/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Allbern VPS Intl Val | | | | | Redeemed | 11/22/16 | J | A | |
| 104. - COL Mid Cap Val C13 | | | | | Redeemed | 11/22/16 | J | A | |
| 105. - Fid VIP Mid Cap Cl 2 | | | | | Redeemed | 11/22/16 | J | A | |
| 106. - COL VP Divdnd Opp C13 | | | | | Redeemed | 11/22/16 | K | A | |
| 107. - COL VP Emg Mkt C13 | | | | | Redeemed | 11/22/16 | J | A | |
| 108. - COL VP Incom Oppt C12 | | | | | Redeemed | 11/22/16 | J | A | |
| 109. Riversource Ret. Adv. Plus Annuity ( ) | | | | | | | | | |
| 110. - VP Partner Sm Cap C13 | | | | | Redeemed | 11/18/16 | J | A | |
| 111. - WFADV VTG Sm Ca Gr C2 | | | | | Redeemed | 11/18/16 | J | A | |
| 112. - Allbern VPS Intl Val | | | | | Redeemed | 11/18/16 | J | A | |
| 113. - COL Mid Cap Val C 13 | | | | | Redeemed | 11/18/16 | J | A | |
| 114. - Fid VIP MidCap Cl 2 | | | | | Redeemed | 11/18/16 | J | A | |
| 115. - COL VP Divnd Opp C 13 | | | | | Redeemed | 11/18/16 | K | A | |
| 116. - COL VP Emg Mkt C 13 | | | | | Redeemed | 11/18/16 | J | A | |
| 117. - COL VP Incom Oppt C 12 | | | | | Redeemed | 11/18/16 | J | A | |
| 118. Investment property, Baltimore, MD | None | | M | R | | | | | see VIII |
| 119. FID NATL FINL INC NEW FNF & FNFV GRP (formerly Lender Proc. Svcs.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Riversource Ret. Adv. 4 Ad. VA Annuity (⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛) | | | | | | | | | |
| 121.  - Col VP Cont Core | A | Int./Div. | J | T | | | | | |
| 122.  - Col VP Emerging Mkt | A | Int./Div. | J | T | | | | | |
| 123.  - Col VP Lg Cap Growth | A | Int./Div. | J | T | | | | | |
| 124.  - Col VP Lg Core Quant (Y) | | | | | | | | | see VIII |
| 125.  - Col VP Select LC Val | A | Int./Div. | J | T | | | | | |
| 126.  - VP-Columb Wanger Inter | A | Int./Div. | J | T | | | | | |
| 127.  - VP-DFA International | A | Int./Div. | J | T | | | | | |
| 128.  - VP-Holland LC Growth (Y) | | | | | | | | | see VIII |
| 129.  - VP-Invesco Internat (Y) | | | | | | | | | see VIII |
| 130.  - VP-Jennison Mid Growth | A | Int./Div. | J | T | | | | | |
| 131.  - VP - Loomis Sales Grth | A | Int./Div. | J | T | | | | | |
| 132.  - VP-MFS Value | A | Int./Div. | J | T | | | | | |
| 133.  - VP-Morg Stan Global RE (Y) | | | | | | | | | see VIII |
| 134.  - VP-NFJ Dividend Value (Y) | | | | | | | | | see VIII |
| 135.  - VP-NFN Win Lrg Cap Gr | A | Int./Div. | J | T | | | | | |
| 136.  - VP-Partners Sm Cap Val | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - VP-Partners Small Grth | A | Int./Div. | J | T | | | | | |
| 138.  - VP-Pyramis Invest Int | A | Int./Div. | J | T | | | | | |
| 139.  - VP-Pyrford Internat (Y) | | | | | | | | | see VIII |
| 140.  - VP-Sit Dividend Growth (Y) | | | | | | | | | see VIII |
| 141.  - VP Victory Estb Value | A | Int./Div. | J | T | | | | | |
| 142.  - Col VP Core Bond (Y) | | | | | | | | | see VIII |
| 143.  - Col VP Emerg Mkts Bomd | A | Int./Div. | J | T | | | | | |
| 144.  - Col VP Income Opp Fund | A | Int./Div. | J | T | | | | | |
| 145.  - Col VP Lmtd Duration | A | Int./Div. | J | T | | | | | |
| 146.  - Col VP US Gov Mort | A | Int./Div. | J | T | | | | | |
| 147.  - Col VP Strat Income | A | Int./Div. | J | T | | | | | |
| 148.  - VP-Am Cent Diver Bond | A | Int./Div. | J | T | | | | | |
| 149.  - VP-Eaton Vance Fl-Rate | A | Int./Div. | J | T | | | | | |
| 150.  - VP-J.P. Morgan Cor Bnd | A | Int./Div. | J | T | | | | | |
| 151.  - VP-TCW Core Plus Bond | A | Int./Div. | J | T | | | | | |
| 152.  - VP-Wells Fargo Sh Gov | A | Int./Div. | J | T | | | | | |
| 153.  - Col VP Commodity Strat | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - VP-AQR Managed Futures | A | Int./Div. | J | T | | | | | |
| 155. - Col VP US Equities | A | Int./Div. | J | T | | | | | |
| 156. - Col VP Inter Bond | A | Int./Div. | J | T | | | | | |
| 157. - Col VP Div ABS Return | A | Int./Div. | J | T | | | | | |
| 158. - Tactical Assets | A | Int./Div. | J | T | | | | | |
| 159. - Col VP Disc Core (X) | A | Int./Div. | J | T | | | | | see VIII |
| 160. - VP-MFS Bld Rsch Core (X) | A | Int./Div. | J | T | | | | | see VIII |
| 161. - VP-MorgStan Advantage (X) | A | Int./Div. | J | T | | | | | see VIII |
| 162. - T. Rowe Lrg Cap Val (X) | A | Int./Div. | J | T | | | | | see VIII |
| 163. - Col VP Select Inter (X) | A | Int./Div. | J | T | | | | | see VIII |
| 164. - VP Lazard Internat (X) | A | Int./Div. | J | T | | | | | see VIII |
| 165. - VP Oppenheimer Intl Gr (X) | A | Int./Div. | J | T | | | | | see VIII |
| 166. - VP Center Square RE (X) | | | | | | | | | see VIII |
| 167. - Col VP Long Gov-Credit (X) | A | Int./Div. | J | T | | | | | see VIII |
| 168. Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |
| 169. Columbia Acorn Int'l. - A Fd. | A | Dividend | K | T | | | | | |
| 170. Invesco LTD Term Mun Income Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Pfizer, Inc. | A | Dividend | | | Sold | 06/17/15 | K | A | see VIII |
| 172. Ameriprise Insured Money Market Fd. | A | Dividend | J | T | | | | | |
| 173. Riversource Ret. Adv. 4 Ad. VA Annuity (⬛⬛⬛⬛⬛⬛) | A | Int./Div. | L | T | | | | | |
| 174. - Col VP Cont Core | A | Int./Div. | J | T | | | | | |
| 175. - Col VP Emerging Mkt | A | Int./Div. | J | T | | | | | |
| 176. - Col VP Lg Cap Growth | A | Int./Div. | J | T | | | | | |
| 177. - Col VP Lg Core Quant (Y) | | | | | | | | | see VIII |
| 178. - Col VP Select LC Val | A | Int./Div. | J | T | | | | | |
| 179. - VP-Columb Wanger Inter | A | Int./Div. | J | T | | | | | |
| 180. - VP-DFA International | A | Int./Div. | J | T | | | | | |
| 181. - VP-Holland LC Growth (Y) | | | | | | | | | see VIII |
| 182. - VP-Invesco Internat (Y) | | | | | | | | | see VIII |
| 183. - VP-Jennison Mid Growth | A | Int./Div. | J | T | | | | | |
| 184. - VP-MFS Value | A | Int./Div. | J | T | | | | | |
| 185. - VP-Morg Stan Global RE (Y) | | | | | | | | | see VIII |
| 186. - VP-NFJ Dividend Value (Y) | | | | | | | | | see VIII |
| 187. - VP-Nvn Win Lrg Cap Gr | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - VP-Partners Sm Cap Val | A | Int./Div. | J | T | | | | | |
| 189. - VP-Partners Small Grth | A | Int./Div. | J | T | | | | | |
| 190. - VP-Loomis Sayles Grth | A | Int./Div. | J | T | | | | | |
| 191. - VP-Pyrford Internat (Y) | | | | | | | | | see VIII |
| 192. - VP-Sit Dividend Growth (Y) | | | | | | | | | see VIII |
| 193. - VP- Victory Estb Value | A | Int./Div. | J | T | | | | | |
| 194. - Col VP Core Bond (Y) | | | | | | | | | see VIII |
| 195. - Col VP Emerg Mkts Bond | A | Int./Div. | J | T | | | | | |
| 196. - Col VP Income Opp Fund | A | Int./Div. | J | T | | | | | |
| 197. - Col VP Lmtd Duration | A | Int./Div. | J | T | | | | | |
| 198. - Col VP US Gov Mort | A | Int./Div. | J | T | | | | | |
| 199. - Col VP Strat Income | A | Int./Div. | J | T | | | | | |
| 200. - VP-Am Cent Diver Bond | A | Int./Div. | J | T | | | | | |
| 201. - VP-Eaton Vance FL-Rate | A | Int./Div. | J | T | | | | | |
| 202. - VP-J.P. Morgan Cor Bnd | A | Int./Div. | J | T | | | | | |
| 203. - VP-TCW Core Plus Bond | A | Int./Div. | J | T | | | | | |
| 204. - VP-Wells Fargo Sh Gov | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Col VP Commodity Strat | A | Int./Div. | J | T | | | | | |
| 206. - VP-AQR Managed Futures | A | Int./Div. | J | T | | | | | |
| 207. - VP Pyramis Internat | A | Int./Div. | J | T | | | | | |
| 208. - Col VP Inter Bond | A | Int./Div. | J | T | | | | | |
| 209. - Col VP Us Equities | A | Int./Div. | J | T | | | | | |
| 210. - Col VP Div ABS Return | A | Int./Div. | J | T | | | | | |
| 211. - Tactical Assets | A | Int./Div. | J | T | | | | | |
| 212. - Col VP Disc Core (X) | A | Int./Div. | J | T | | | | | See VIII |
| 213. - VP-MFS Bld Rsch Core (X) | A | Int./Div. | J | T | | | | | See VIII |
| 214. - VP-Morg Stan Advantage (X) | A | Int./Div. | J | T | | | | | See VIII |
| 215. - T. Rowe Lrg Cap Val (X) | A | Int./Div. | J | T | | | | | See VIII |
| 216. - VP Oppenheimer Intl Gr (X) | A | Int./Div. | J | T | | | | | See VIII |
| 217. - VP Center Square RE (X) | A | Int./Div. | J | T | | | | | See VIII |
| 218. - Col VP Long Gov-Credit (X) | A | Int./Div. | J | T | | | | | See VIII |
| 219. - Col VP Select Inter (X) | A | Int./Div. | J | T | | | | | See VIII |
| 220. - VP Lazard Internat (X) | A | Int./Div. | J | T | | | | | See VIII |
| 221. RiverSource RAVA5 Advantage Variable Annuity ▓▓▓▓ | | | | | Buy | 11/21/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Col VP Contrarian Core | A | Int./Div. | J | T | | | | | |
| 223. - Col VP Disciplined Core | A | Int./Div. | J | T | | | | | |
| 224. - Col VP Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 225. - Col VP Select Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 226. - Colo VP Select Large Cap Value | A | Int./Div. | J | T | | | | | |
| 227. - VP Loomis Sayles Growth | A | Int./Div. | J | T | | | | | |
| 228. - VP MFS Blended Research Core Equity | A | Int./Div. | J | T | | | | | |
| 229. - VP MFS Value | A | Int./Div. | J | T | | | | | |
| 230. - VP Morgan Stanley Advantage | A | Int./Div. | J | T | | | | | |
| 231. - VP T. Rowe Price Large Cap Value | A | Int./Div. | J | T | | | | | |
| 232. - VP Nuveen Winslow Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 233. - Col VP Mid Cap Growth | A | Int./Div. | J | T | | | | | |
| 234. - Col VP Mid Cap Value | A | Int./Div. | J | T | | | | | |
| 235. - VP Jennison Mid Cap Growth | A | Int./Div. | J | T | | | | | |
| 236. - VP Victory Sycamore Established Value | A | Int./Div. | J | T | | | | | |
| 237. - Col VP U.S. Equities | A | Int./Div. | J | T | | | | | |
| 238. - VP Partners Small Cap Growth | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 20

**Name of Person Reporting**

Nickerson, William M.

**Date of Report**

10/31/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - VP Partners Small Cap Value | A | Int./Div. | J | T | | | | | |
| 240. - VP DFA International Value | A | Int./Div. | J | T | | | | | |
| 241. - VP Lazard Intl Equity Advantage | A | Int./Div. | J | T | | | | | |
| 242. - VP Oppenheimer International Growth | A | Int./Div. | J | T | | | | | |
| 243. - VP Paramis International Equity | A | Int./Div. | J | T | | | | | |
| 244. - VP American Century Diversified Bond | A | Int./Div. | J | T | | | | | |
| 245. - Col VP Intermediate Bond | A | Int./Div. | J | T | | | | | |
| 246. - Col VP Limited Duration Credit | A | Int./Div. | J | T | | | | | |
| 247. - Col VP Long Government-Credit Bond | A | Int./Div. | J | T | | | | | |
| 248. - Col VP U.S. Government Mortgage | A | Int./Div. | J | T | | | | | |
| 249. - VP J.P. Morgan Core Bond | A | Int./Div. | J | T | | | | | |
| 250. - VP TCW Core Plus Bond | A | Int./Div. | J | T | | | | | |
| 251. - VP Wells Fargo Short Duration Govt | A | Int./Div. | J | T | | | | | |
| 252. - Tactical Assets | A | Int./Div. | K | T | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 10/31/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 19 - 53.
In accord with its terms, this trust terminated on 02/24/16 upon the death of a named beneficiary. The assets of the trust were liquidated to provide a cash distribution to the trust beneficiaries.

2. Part VII, line 118.
As noted in previous reports, this property was purchased on 11/07/2007 for $110,000.00.

3. Part VII, lines 124, 128, 129, 133, 134, 139, 140, 142, 159 - 167, 177, 181, 182, 185, 186, 191,192, 194, 212 - 220.
The annuity holdings on these lines marked with a (Y) appeared as assets held as of 12/30/15, my prior annual report, in their respective annuity contracts. They do not appear as assets held in the annuity contracts as reported to me in the year end report for 12/30/16. No Column D transaction information regarding their disposition is available to me.
The annuity holdings on these lines marked with an (X) denote acquisition in the course of the calendar year 2016. However, the specifics in regard to their acquisition, otherwise reportable in Column D is not available to me.

4. Part VII, line 171.
This asset was sold on 06/17/15 but inadvertently included as an asset held on 12/31/15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ William M. Nickerson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544